IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KIRK DAVID HALCOMB                                                                PETITIONER

v.                                   Civil No. 6:19-cv-06071

MIKE McCORMICK, Sheriff
Garland County, Arkansas                                                          RESPONDENT

## ORDER

    Before the Court is the Report and Recommendation filed February 19, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21.) Judge Bryant notes that two different mailings from the Court to Halcomb have been returned marked "not here." In addition, Plaintiff has failed to keep the Court apprised of his current address and has failed to prosecute this case as required the Federal Rules of Civil Procedure and the Local Rules of Court. Judge Bryant recommends the petition be dismissed without prejudice.

    No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

    Accordingly, Plaintiff's Petition for Habeas Corpus Relief pursuant to 28 U.S.C. § 2241 should be and hereby is DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED**, this 18th day of May 2020.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE